■ GLADYS CASTRO, Appellant, v ALBERT RIVERA et al., Respondents. [983 NYS2d 270]—

Order, Supreme Court, Bronx County (Norma Ruiz, J.), entered May 30, 2013, which denied plaintiff's motion for partial summary judgment on the issue of liability, unanimously affirmed, without costs.

Plaintiff made a prima facie showing of her entitlement to judgment as a matter of law by submitting her affidavit asserting that her car had come to a complete stop before it was struck in the rear by a vehicle driven by defendant Rivera and owned by defendant Empire Metal Supply (*see Williams v Kadri*, 112 AD3d 442, 442 [1st Dept 2013]).

Defendants, however, raised a triable issue of fact by submitting Rivera's affidavit averring that plaintiff caused the accident by abruptly changing into his lane prior to the accident (*see Beaubrun v Boltachev*, 111 AD3d 494, 494 [1st Dept 2013]; *compare Cabrera v Rodriguez*, 72 AD3d 553, 554 [1st Dept 2010]).

We have considered plaintiff's remaining contentions and find them unavailing. Concur—Friedman, J.P., Moskowitz, Freedman, Gische and Clark, JJ.